# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD DAY, INC., a California Corporation; JACK CHANG; MING TAI CHANG, LIU KAOHUAW CHANG; JOHN CHANG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF MONTEREY PARK, a municipal corporation; and DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:17-cv-06749-CBM-JPRx<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION**<br>[ JS-6] |

-1-

ORDER GRANTING STIPULATION TO DISMISS WITH
PREJUDICE ENTIRE ACTION

1
2       Pursuant to stipulation of the parties, and pursuant to Federal Rule of Civil
3   Procedure 41(a)(1)(A), the Court finds good cause to GRANT the stipulation.
4   Accordingly, this action is dismissed in its entirety with prejudice.  Each side to
5   bear their own costs.
6       IT IS SO ORDERED.
7   DATED:  OCTOBER 8, 2020    _____
8       Honorable Consuelo B. Marshal
    United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATION TO DISMISS WITH
PREJUDICE ENTIRE ACTION